The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANJEEV KUMAR, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | CASE NO. 2:22-cv-1523-JHC<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE<br><br>NOTED FOR CONSIDERATION: DECEMBER 20, 2022 |

  The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to extend Defendants' time to respond to the Complaint until January 17, 2023. Plaintiffs are foreign nationals who bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their I-485 applications, as well as any derivative applications. Dkt. No. 1. Defendants have yet to answer the Complaint. Good cause exists to extend Defendants' time to respond to the Complaint until January 17, 2023.

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-1523-JHC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties are diligently working to resolve this litigation. USCIS has adjudicated ten of the thirteen Plaintiffs' applications and taken initial adjudicatory action on at least one other. USCIS anticipates that initial adjudicatory action on the remaining petitions will occur shortly during the normal course of business. To give the parties time to discuss potential resolution of this case, as well as allow USCIS additional time to continue with its adjudications, the parties stipulate and jointly request that the Court extend Defendants' time to respond to the Complaint until January 17, 2023.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-1523-JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of December, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

*/s/ Al Roundtree*
AL ROUNDTREE, WSBA 54851
Fox Rothschild LLP
1001 Fourth Ave., Ste 4400
Seattle, WA 98154
Phone: 206-624-3600
E-mail: aroundtree@foxrothschild.com

*Attorneys for Plaintiffs*

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-1523-JHC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' time to respond to the Complaint be extended until January 17, 2023.

Dated this <u>  20th  </u> day of <u>  December  </u>, 2022.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-1523-JHC - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970