1

District Judge John H. Chun

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

SANJEEV KUMAR, *et al.*,

CASE NO. 2:22-cv-1523-JHC

10

Plaintiffs,

JOINT STIPULATION AND
ORDER TO EXTEND DEADLINE

11

v.

NOTED FOR CONSIDERATION:
January 12, 2023

12

13

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

14

Defendants.

15

    The parties, by and through their counsel of record, pursuant to Federal Rule of Civil

16

Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to extend Defendants'

17

time to respond to the Complaint until February 16, 2023.  Plaintiffs are foreign nationals who

18

bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking,

19

*inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their I-

20

485 applications, as well as any derivative applications. Dkt. No. 1.  Defendants have yet to answer

21

the Complaint.  Good cause exists to extend Defendants' time to respond to the Complaint until

22

February 16, 2023.

23

24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial

2    and trial dates is within the discretion of the trial judge.  *See King v. State of California*,

3    784 F.2d 910, 912 (9th Cir. 1986).

4    The parties are diligently working to resolve this litigation.  USCIS has adjudicated eleven

5    of the thirteen Plaintiffs' applications and issued Requests for Evidence ("RFEs") for the

6    remaining two applications.  Shortly after USCIS receives the responses to the RFEs, the agency

7    intends to adjudicate the two remaining applications.  To give the parties time to discuss potential

8    resolution of this case, as well as allow USCIS additional time to complete the adjudications, the

9    parties stipulate and jointly request that the Court extend Defendants' time to respond to the

10   Complaint until February 16, 2023.  As this case may be resolved without further litigation, the

11   parties further request that this Court vacate its Order Regarding Initial Disclosures, Joint Status

12   Report, and Early Settlement at this time.  Dkt. No. 8.

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE
2:22-cv-1523-JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 12th day of January, 2023.

2

Respectfully submitted,

3

NICHOLAS W. BROWN
4 | United States Attorney

5 | *s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
6 | Assistant United States Attorney
United States Attorney's Office
7 | 1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
8 | Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
9

*Attorney for Defendants*
10

*/s/ Al Roundtree*
11 | AL ROUNDTREE, WSBA 54851
Fox Rothschild LLP
12 | 1001 Fourth Ave., Ste 4400
Seattle, WA 98154
13 | Phone: 206-624-3600
E-mail:  aroundtree@foxrothschild.com
14

*Attorneys for Plaintiffs*
15

16

17

18

19

20

21

22

23

24

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE
2:22-cv-1523-JHC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**<u>ORDER</u>**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' time to respond to the Complaint be extended until February 16, 2023.  Additionally, the deadlines set in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 8) are vacated.

Dated this ____13th____ day of ____January____, 2023.


_____
JOHN H. CHUN
United States District Judge

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE
2:22-cv-1523-JHC - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970