District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANJEEV KUMAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CASE NO. 2:22-cv-1523-JHC<br><br>STIPULATED MOTION<br>TO HOLD CASE IN ABEYANCE<br>AND ORDER<br><br>NOTED FOR CONSIDERATION:<br>February 15, 2023 |

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to stay the proceedings until March 20, 2023. Plaintiffs are foreign nationals who bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their I-485 applications, as well as any derivative applications. Dkt. No. 1. Defendants have yet to answer the Complaint. Good cause exists to stay the litigation until March 20, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND ORDER
2:22-cv-1523-JHC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties continue to work towards resolution of this litigation. USCIS has adjudicated twelve of the thirteen Plaintiffs' applications and issued a Request for Evidence ("RFE") for the remaining application. Shortly after USCIS receives this Plaintiff's response to the RFE, the agency intends to adjudicate the remaining application. Plaintiffs have agreed to voluntarily dismiss this case once their applications have been adjudicated, and, if approved, they have received their lawful permanent resident cards. To give Plaintiff time to submit the RFE response, as well as allow USCIS additional time to complete the adjudication, the parties stipulate and jointly request that the Court stay this case until March 20, 2023.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER
2:22-cv-1523-JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 15th day of February, 2023.

2  
    Respectfully submitted,

3  
    NICHOLAS W. BROWN
4      United States Attorney

5      *s/ Michelle R. Lambert*
    MICHELLE R. LAMBERT, NYS #4666657
6      Assistant United States Attorney
    United States Attorney's Office
7      1201 Pacific Avenue, Suite 700
    Tacoma, WA 98402
8      Phone:  253-428-3824
    Email:  michelle.lambert@usdoj.gov
9  
    *Attorney for Defendants*
10 
    */s/ Daniel P. Pierce*
11     DANIEL P. PIERCE (pro hac vice)
    Fragomen Del Rey Bernsen & Loewy, LLP
12     1101 15th Street NW, Ste 700
    Washington, DC 200005
13     Phone: 202-223-5515
    Email:  dpierce@fragomen.com
14 
    */s/ Al Roundtree*
15     AL ROUNDTREE, WSBA #54851
    Fox Rothschild LLP
16     1001 Fourth Ave., Ste 4400
    Seattle, WA 98154
17     Phone: 206-624-3600
    E-mail:  aroundtree@foxrothschild.com
18 
    *Attorneys for Plaintiffs*
19 

20 

21 

22 

23 

24 

STIPULATED MOTION AND ORDER  
2:22-cv-1523-JHC - 3

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this litigation be stayed until March 20, 2023.  The parties shall submit a joint status report on or before March 20, 2023.

Dated this  15th  day of  February , 2023.

*John H. Chun*

JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER
2:22-cv-1523-JHC - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970