District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANJEEV KUMAR, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:22-cv-1523-JHC<br><br>STIPULATED MOTION<br>TO HOLD CASE IN ABEYANCE<br>AND ORDER<br><br>NOTED FOR CONSIDERATION:<br>March 17, 2023 |

　　　The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to stay the proceedings until April 7, 2023. Plaintiffs are foreign nationals who bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their I-485 applications, as well as any derivative applications. Dkt. No. 1. Defendants have yet to answer the Complaint. Good cause exists to stay the litigation until March 20, 2023.

　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND ORDER 2:22-cv-1523-
JHC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS has adjudicated all thirteen Plaintiffs' applications. Plaintiffs agree to voluntarily dismiss this case once the final Plaintiff receives their lawful permanent resident card. To give adequate time for the card to arrive, the parties stipulate and jointly request that the Court stay this case until April 7, 2023. On or before April 7, 2023, the parties will submit either a status report or a stipulated motion for dismissal.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER 2:22-cv-1523-JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 17th day of March, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorney for Defendants*

*/s/ Daniel P. Pierce*
DANIEL P. PIERCE (pro hac vice)
Fragomen Del Rey Bernsen & Loewy, LLP
1101 15th Street NW, Ste 700
Washington, DC 200005
Phone: 202-223-5515
Email:  dpierce@fragomen.com

*/s/ Al Roundtree*
AL ROUNDTREE, WSBA #54851
Fox Rothschild LLP
1001 Fourth Ave., Ste 4400
Seattle, WA 98154
Phone: 206-624-3600
E-mail:  aroundtree@foxrothschild.com

*Attorneys for Plaintiffs*

## **ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this litigation be stayed until April 7, 2023. The parties shall submit either a joint status report or a stipulated motion for dismissal on or before April 7, 2023.

Dated this  17th  day of  March , 2023.

*John H. Chun*

JOHN H. CHUN
United States District Judge